**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01505-CV

**DALLAS NATIONAL INSURANCE COMPANY, Appellant**

**V.**

**CALITEX CORP., ELSHIR ENTERPRISES, L.P. AND THOMAS, L.P., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14157**

## ORDER

We **GRANT** appellant's April 3, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than April 21, 2014. No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE